# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ISAI GARCIA (#700611)

VERSUS

STATE OF LOUISIANA, ET AL.

CIVIL ACTION

20-773-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendations*[1] of United States Magistrate Judge Richard L. Bourgeois, Jr., on November 09, 2022, to which no objection has been filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS HEREBY ORDERED** the Petitioner's application for habeas corpus relief is denied, with prejudice, as untimely. In the event the petitioner seeks to pursue an appeal, a certificate of appealability is denied.

Signed in Baton Rouge, Louisiana the 19 day of December, 2022.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 11.